# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRET BINDER.,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WESTSTAR MORTGAGE, INC.,** | : | |
| **LOANCARE LLC, and FANNIE MAE,** | : | No. 14-7073 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 24th day of February, 2015, upon consideration of Plaintiff Bret Binder's Motion to Remand to State Court (Doc. No. 9), and the Responses thereto (Doc. Nos. 11, 12), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge