IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRET BINDER.,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| **WESTSTAR MORTGAGE, INC., et al.** | : | No. 14-7073 |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 13th day of July, 2016, upon consideration of Defendant WestStar Mortgage's Motion to Dismiss and Motion to Join LoanCare's Motion to Dismiss (Doc. No. 38), Defendants Fannie Mae and LoanCare's Motion to Dismiss for Failure to State a Claim and Motion to Join Defendants WestStar Mortgage, Inc., and the J.G. Wentworth Company's Motion to Dismiss (Doc. No. 39), Plaintiff Bret Binder's Response in Opposition to the Defendants' Motions (Doc. Nos. 42 and 43), the Defendants WestStar Mortgage and the J.G. Wentworth Company's Reply in Support of the Motion to Dismiss (Doc. No. 46), the parties' Joint Report re: Dismissal of Certain Claims (Doc. No. 49), as well as oral argument on the Motions, **it is hereby ORDERED** that the Defendants' Motions are **GRANTED IN PART** and **DENIED IN PART** as outlined in the Court's Accompanying Memorandum.

It is **further ORDERED** that Mr. Binder may file a Second Amended Complaint addressing the deficiencies outlined in the Court's Accompanying Memorandum by **August 5, 2016**.

BY THE COURT:

s/Gene E.K.Pratter

---
GENE E.K. PRATTER
United States District Judge